IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BETTY GILBRETH                                                                                    PLAINTIFF

v.                                            No. 5:16-CV-05126

E-Z MART STORES, INC.                                                                       DEFENDANT

## ORDER

Currently before the Court is the parties' joint motion to dismiss with prejudice (Doc. 42). It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the parties' joint motion (Doc. 42) is GRANTED, and the complaint in this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE